1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TUYLLA TAUTAU,                          No.  2:19-cv-1215-TLN-KJN PS

12                    Plaintiff,

13         v.                                FINDINGS AND RECOMMENDATIONS TO
                                             DISMISS WITHOUT PREJUDICE
14   IN HOME SUPPORT SERVICES, et. al.

15                    Defendants.

16

17         On July 8, 2018, the court denied plaintiff's motion to proceed in forma pauperis, and

18   directed plaintiff to submit a properly-completed motion to proceed in forma pauperis within 21

19   days.  (ECF No. 3.)  Plaintiff was expressly cautioned that failure to submit a properly-completed

20   motion to proceed in forma pauperis by the applicable deadline could result in dismissal of the

21   action.  (Id.)

22         Although the applicable deadline has now passed, plaintiff failed to submit a properly-

23   completed motion to proceed in forma pauperis, nor did she request an extension of time to do so

24   based on any articulated cause.  Plaintiff has also not paid the filing fee for this case.

25         Accordingly, IT IS HEREBY RECOMMENDED that:

26         1.  The action be dismissed without prejudice.

27         2.  The Clerk of Court be directed to close this case.

28   ///

                                              1

1      These findings and recommendations are submitted to the United States District Judge

2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen (14)

3 days after being served with these findings and recommendations, any party may file written

4 objections with the court and serve a copy on all parties.  Such a document should be captioned

5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

6 shall be served on all parties and filed with the court within fourteen (14) days after service of the

7 objections.  The parties are advised that failure to file objections within the specified time may

8 waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th

9 Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

10 Dated:  July 31, 2019

11

12 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

13

14 taut.1215

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2